UNITED CIGAR STORES COMPANY OF AMERICA, PROSE-
CUTOR, v. STATE TAX COMMISSIONER AND STATE
BOARD OF TAX APPEALS, DEFENDANTS.

Argued May 4, 1932—Decided June 15, 1932.

Before Justices PARKER, CAMPBELL and LLOYD.

For the prosecutor, *Waldron M. Ward.*

For the defendants, *John J. Solan* (*William A. Stevens,*
attorney-general, on the brief).

PER CURIAM.

This is an application for a *certiorari* to review the annual
franchise tax for 1931 as assessed against the prosecutor and
affirmed by the state board of tax appeals: a prior application
to a single justice having been denied by him. No facts are
in dispute, and the controversy in law relates to the proper
construction of the amendment of 1920 (*Pamph. L., p.* 339)
to the Corporation Tax act, as further amended in 1921
(*Pamph. L., p.* 975), so far as this legislation applies to cor-
porations having both par value and no par value stock.

At the argument it was agreed by counsel in open court
that if this court should consider that a writ should be al-
lowed, the court might take up and decide the case as if such
writ had been allowed and returned, and as though the case
had been argued on final hearing.

We are clear that the decision of the state board was right,
and think that the full and careful opinion of President
Weaver in the similar case of *North American Co.* v. *State
Tax Commissioner,* unofficially reported in 55 *N. J. L. J.* 86
(March, 1932), covers the ground thoroughly and satisfac-
torily. The state board relied on that opinion in deciding
the present case (55 *N. J. L. J.* 89), and we deem it needless
to add anything here at this time.

In view of this result, *allocatur* might well be denied and the litigation thereby be stopped at this point; but as the matter is one of importance, we think the better course is to permit of an appeal to the court of last resort. To that end a writ will be allowed and returned pursuant to the stipulation of counsel, and the judgment of the state board will be affirmed, with costs.